**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Brunswick Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Max N Company LLC<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No.:_______________<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

Plaintiff Brunswick Corporation, acting through its Navico Group division ("Navico Group"), by and through its undersigned counsel, brings this Complaint against Defendant Max N Company LLC ("Max N Company"), and alleges as follows:

**NATURE OF THIS ACTION**

1. This is an action arising from Defendant Max N Company LLC's ("Max N Company") breaches of its North America Authorized Internet Reseller Agreement with Navico Group (the "Agreement").

2. Max N Company was authorized to sell certain Navico Group products online, but only through Internet URLs and third-party marketplaces expressly approved by Navico Group. Max N Company was not authorized to sell Navico Group products on Amazon.com.

3. Despite these restrictions, Max N Company advertised and sold Navico Group products on Amazon.com and other unauthorized online marketplaces.

4. Navico Group terminated the Agreement based on Max N Company's unauthorized marketplace sales. Max N Company nevertheless continued advertising and selling Navico Group products following termination and failed to comply with its post-termination obligations.

5. Navico Group brings this action to recover damages, including the liquidated damages expressly provided by the Agreement, and to enforce Max N Company's remaining contractual obligations.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

7. This Court has personal jurisdiction over Max N Company because Max N Company expressly consented to jurisdiction in the state and federal courts of Cook County, Illinois for all disputes arising out of or relating to the Agreement.

8. Venue is proper in the United States District Court for the Northern District of Illinois ("this District") because Section 22 of the Agreement requires all disputes arising out of or relating to the Agreement to be litigated in federal or state court in Cook County, Illinois. This District is the federal court encompassing Cook County, Illinois. Max N Company further agreed not to contest venue and waived any right to seek transfer or claim that the forum is inconvenient.

## PARTIES

9. Plaintiff Brunswick Corporation is a Delaware corporation with its principal place of business in Mettawa, Illinois. Navico Group is a division of Brunswick Corporation.

10. Defendant Max N Company LLC is a Florida limited liability company with its principal place of business at 30190 US Highway 19 N, Suite # 1260, Clearwater, FL, 33761.

## FACTS

11. On September 5, 2023, Navico Group and Max N Company entered into the Agreement.

12. Under Section 1 of the Agreement, Max N Company was authorized to advertise and sell Navico Group products online only through Internet URLs and third-party marketplaces expressly approved by Navico Group.

13. The Agreement specifically provides that Max N Company may advertise or sell Navico Group products on a third-party Internet marketplace only if that marketplace is listed and approved by Navico Group in Schedule C.

14. Max N Company was not authorized to advertise or sell Navico Group products on Amazon.com.

15. Nevertheless, Max N Company advertised and sold Navico Group products on Amazon.com and/or other unauthorized online marketplaces in violation of the Agreement.

16. Section 6 of the Agreement provides that, for each occasion on which Max N Company breaches Sections 1 through 5 through unauthorized advertising, distribution, or sale of Navico Group products, Max N Company must pay liquidated damages equal to the greater of: (i) Navico Group's investigation and enforcement costs and fees; or (ii) five times the MSRP of the products per unit.

17. Max N Company has engaged in over two-thousand breaches of Sections 1 through 5 of the Agreement resulting in over $1,000,000.00 in statutory damages alone.

18. On July 15, 2026, Navico Group terminated the Agreement effective immediately based on Max N Company's unauthorized marketplace advertising and sales.

19. Upon termination, Max N Company was required to immediately cease

representing itself as an authorized Navico Group reseller, cease using Navico Group intellectual property, and comply with its remaining post termination obligations.

20. Max N Company failed to do so. Following termination, Max N Company continued advertising and offering Navico Group products for sale on Amazon.com and failed to provide the inventory report required by the Agreement.

21. As of August 3, 2026, Max N Company maintained approximately 1,961 Navico Group product listings on Amazon.com.

22. On August 3, 2026, Navico Group, through counsel, demanded that Max N Company cease its continuing violations and advised Max N Company that Navico Group would pursue liquidated damages under the Agreement.

23. Max N Company has failed to cure its breaches or pay the amounts due to Navico Group.

## COUNT I
## Breach of Contract

24. Navico Group incorporates paragraphs 1 through 23 as though fully set forth herein.

25. The Agreement is a valid contract between Brunswick Corporation, acting through Navico Group, and Max N Company.

26. Navico Group performed its obligations under the Agreement or was excused from further performance.

27. Max N Company breached the Agreement by, among other things, advertising and selling Navico Group products on unauthorized third-party marketplaces, including Amazon.com, in violation of Section 1 of the Agreement.

28. Max N Company further breached the Agreement by failing to comply with its contractual obligations following termination, including by continuing to represent itself as an

authorized Navico Group reseller, continuing to use Navico Group intellectual property, and failing to provide the inventory report required by Section 21 of the Agreement.

29. Section 6 of the Agreement provides that, for each occasion on which Max N Company breaches Sections 1 through 5 through unauthorized advertising, distribution, or sale of Navico Group products, Max N Company must pay liquidated damages equal to the greater of (i) Navico Group's investigation and enforcement costs and fees or (ii) five times the MSRP of the products per unit.

30. As a direct and proximate result of Max N Company's breaches, Navico Group has suffered damages and is entitled to recover the liquidated damages provided by Section 6 of the Agreement, together with its attorneys' fees, litigation expenses, court costs, and other relief available under the Agreement.

## RELIEF REQUESTED

WHEREFORE, Navico Group respectfully requests that the Court enter judgment in its favor and against Max N Company and:

a. Award Navico Group liquidated damages pursuant to Section 6 of the Agreement in an amount to be proven at trial;

b. Award Navico Group any other damages resulting from Max N Company's breaches of the Agreement;

c. Enter appropriate injunctive relief enforcing Max N Company's surviving post termination obligations;

d. Award Navico Group its attorneys' fees, litigation expenses, court costs, and costs of collection pursuant to Section 26 of the Agreement; and

e. Grant such other and further relief as the Court deems just and proper.

## JURY TRIAL CLAIM

Plaintiff hereby demands a trial by jury on all claims so triable.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Kenn Brotman*

Kenn Brotman
Molly G. Baldock
K&L GATES LLP
70 W. Madison Street, Ste. 3100
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
kenn.brotman@klgates.com
molly.baldock@klgates.com

Morgan T. Nickerson (BBO #667290) (*pro hac vice* forthcoming)
K&L Gates LLP
One Congress Street, 29th Floor
Boston, MA 02114
(617) 261-3100
(617) 261-3175
morgan.nickerson@klgates.com

*Attorneys for Brunswick Corporation*